LAW OFFICES
# BINDER & BINDER®
A PROFESSIONAL CORPORATION
300 RABRO DRIVE
SUITE 101
HAUPPAUGE, NEW YORK 11788

LTD Department  (631) 582-1200

HARRY J. BINDER
CHARLES E. BINDER

215 PARK AVENUE SOUTH
NEW YORK, NEW YORK 10003
(212) 677-6699

May 11, 2007

*Via ECF and U.S. Mail*
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

*Re:  George Jones, Jr., v. Consolidated Edison Company of New York, Inc.; Metropolitan Life Insurance Company; Consolidated Edison Company of New York, Inc. Long Term Disability Plan; Consolidated Edison Company of New York, Inc. Group Life Insurance Plan; and Consolidated Edison Company of New York, Inc. Health Care Benefits Plan*
*Civil Action Number 07-CV-3211*

Dear Sir or Madam:

Enclosed for filing, please find the original Summons, and four (4) affidavits of service, evidencing service of same on the four (4) Con Edison defendants in the above-referenced matter. Please be advised that we will be filing the affidavit of service for MetLife under separate cover.

Kindly acknowledge receipt and filing of same on the self-addressed, postage paid postcard we have enclosed for this purpose.

Should you have any questions, please feel free to contact this office.

Very truly yours,
BINDER & BINDER, P.C.

By: [signature]
Patrick Busse, Esq.

PHB/djw
Enclosures

*Judge Castel* [stamp]

# UNITED STATES DISTRICT COURT
SOUTHERN District of NEW YORK

George Jones, Jr.,

              Plaintiff,

- against -

Consolidated Edison Company of New York, Inc.;
Metropolitan Life Insurance Company; Consolidated
Edison Company of New York, Inc. Long Term
Disability Plan; Consolidated Edison Company of
New York, Inc. Group Life Insurance Plan; and
Consolidated Edison Company of New York, Inc.
Health Care Benefits Plan,

              Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 3211**

TO: (name and address of defendants)

    SEE ATTACHED SHEET

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, (name and address)

              **BINDER & BINDER, P.C.**
              **300 Rabro Drive**
              **Suite 101**
              **Hauppauge, New York 11788**

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK _[signature]_

(BY) DEPUTY CLERK

APR 2 0 2007

DATE

Consolidated Edison Company of New York, Inc.
4 Irving Place
New York, New York 10003                County of New York

Metropolitan Life Insurance Company
One Madison Avenue
New York, New York 10010                County of New York

Consolidated Edison Company of New York, Inc. Long Term Disability Plan
c/o Consolidated Edison Company of New York, Inc.;
4 Irving Place
New York, New York 10003                County of New York

Consolidated Edison Company of New York, Inc. Group Life Insurance Plan
c/o Consolidated Edison Company of New York, Inc.;
4 Irving Place
New York, New York 10003                County of New York

Consolidated Edison Company of New York, Inc. Health Care Benefits Plan
c/o Consolidated Edison Company of New York, Inc.;
4 Irving Place
New York, New York 10003                County of New York

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ATTORNEY:<br>Binder & Binder P.C. |

GEORGE JONES, JR.,

                Plaintiff,

   -against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL,

                Defendants

Case No. 07 CV 3211

Date of Filing: 4/20/07

Judge: Castel

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on April 30, 2007 at 2:31 p.m. at 4 Irving Place, New York, N.Y. 10003

Deponent served the within <u>Summons and Complaint in a Civil Case and Order Scheduling the Intitial Conference</u> upon <u>CONSOLIDATED EDISON COMPANY OF NEW YORK INC. LONG TERM DISABILITY PLAN</u> c/o CONSOLIDATED EDISON COMPANY OF NEW YORK INC.

(Corporation)
by delivering to and leaving a true copy of each with <u>MELBA SMALLEY (Office Manager- Authorized Agent)</u> a person of suitable age and discretion and who was authorized by said corporation to receive said documents.

Deponent describes the individual served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Dark Brown | 48 | 5'4" | 160 |

Other Identifying Features: eyeglasses

(X) The Index No. and Date of Filing were endorsed upon the documents so served.

Michael Weiner
License No.1145455

Sworn to before me on May 1, 2007

ALIZA ROSHAN
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01RO6030066
QUALIFIED IN NASSAU COUNTY
COMM. EXPIRES SEPTEMBER 7, 2009

SECRETARY
2007 APR 30  P 2: 31
C.E. CO. OF N.Y., INC

Certified Lawyers Service

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE JONES, JR.,

                Plaintiff,

    -against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL,

                Defendants

---

ATTORNEY:
Binder & Binder P.C.

Case No. 07 CV 3211

Date of Filing: 4/20/07

Judge: Castel

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on April 30, 2007 at 2:31 p.m. at 4 Irving Place, New York, N.Y. 10003

Deponent served the within <u>Summons and Complaint in a Civil Case and Order Scheduling the Initial Conference</u> upon <u>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.</u>

(Corporation)
by delivering to and leaving a true copy of each with <u>MELBA SMALLEY (Office Manager- Authorized Agent)</u> a person of suitable age and discretion and who was authorized by said corporation to receive said documents.

Deponent describes the individual served as follows:

| <u>Sex</u> | <u>Skin Color</u> | <u>Hair Color</u> | <u>Age</u> | <u>Height</u> | <u>Weight</u> |
|---|---|---|---|---|---|
| Female | White | Dark Brown | 48 | 5'4" | 160 |

Other Identifying Features: <u>eyeglasses</u>

(X) <u>The Index No. and Date of Filing were endorsed upon the documents so served.</u>

Michael Weiner
License No.1145455

Sworn to before me on May 1, 2007

ALIZA ROSHAN
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01RO6030066
QUALIFIED IN NASSAU COUNTY
COMM. EXPIRES SEPTEMBER 7, 2009

Certified Lawyers Service

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------

GEORGE JONES, JR.,

                     Plaintiff,

     -against-

CONSOLIDATED EDISON COMPANY OF NEW YORK,
INC., ET AL,

                     Defendants

----------------------------------------------------------

ATTORNEY:
Binder & Binder P.C.

Case No. 07 CV 3211

Date of Filing: 4/20/07

Judge: Castel

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on April 30, 2007 at 2:31 p.m. at 4 Irving Place, New York, N.Y. 10003

Deponent served the within <u>Summons and Complaint in a Civil Case and Order Scheduling the Intitial Conference</u> upon <u>CONSOLIDATED EDISON COMPANY OF NEW YORK INC. HEALTH CARE BENEFITS PLAN</u> c/o CONSOLIDATED EDISON COMPANY OF NEW YORK INC.

(Corporation)
by delivering to and leaving a true copy of each with <u>MELBA SMALLEY (Office Manager- Authorized Agent)</u> a person of suitable age and discretion and who was authorized by said corporation to receive said documents.

<u>Deponent describes the individual served as follows:</u>

| <u>Sex</u> | <u>Skin Color</u> | <u>Hair Color</u> | <u>Age</u> | <u>Height</u> | <u>Weight</u> |
|---|---|---|---|---|---|
| Female | White | Dark Brown | 48 | 5'4" | 160 |

Other Identifying Features: <u>eyeglasses</u>

(X) <u>The Index No. and Date of Filing were endorsed upon the documents so served.</u>

Michael Weiner
License No.1145455

Sworn to before me on May 1, 2007

ALIZA ROSHAN
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01RO6030066
QUALIFIED IN NASSAU COUNTY
COMM. EXPIRES SEPTEMBER 7, 2009

Certified Lawyers Service

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATTORNEY:
Binder & Binder P.C.

---

GEORGE JONES, JR.,

                Plaintiff,

Case No. 07 CV 3211

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL,

Date of Filing: 4/20/07

                Defendants

Judge: Castel

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That on April 30, 2007 at 2:31 p.m. at 4 Irving Place, New York, N.Y. 10003

Deponent served the within <u>Summons and Complaint in a Civil Case and Order Scheduling the Intitial Conference</u> upon <u>CONSOLIDATED EDISON COMPANY OF NEW YORK INC. GROUP LIFE INSURANCE PLAN</u> c/o CONSOLIDATED EDISON COMPANY OF NEW YORK INC.

(Corporation)
by delivering to and leaving a true copy of each with <u>MELBA SMALLEY (Office Manager- Authorized Agent)</u> a person of suitable age and discretion and who was authorized by said corporation to receive said documents.

Deponent describes the individual served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Dark Brown | 48 | 5'4" | 160 |

Other Identifying Features: <u>eyeglasses</u>

(X) <u>The Index No. and Date of Filing were endorsed upon the documents so served.</u>

Michael Weiner
License No.1145455

Sworn to before me on May 1, 2007

ALIZA ROSHAN
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01RO6030066
QUALIFIED IN NASSAU COUNTY
COMM. EXPIRES SEPTEMBER 7, 2009

Certified Lawyers Service