LAW OFFICES
# BINDER & BINDER®
A PROFESSIONAL CORPORATION
300 RABRO DRIVE
SUITE 101
HAUPPAUGE, NEW YORK 11788

LTD Department  (631) 582-1200

HARRY J. BINDER
CHARLES E. BINDER

215 PARK AVENUE SOUTH
NEW YORK, NEW YORK 10003
(212) 677-6699

May 11, 2007

*Via ECF and U.S. Mail*
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

   *Re:* *George Jones, Jr., v. Consolidated Edison Company of New York, Inc.; Metropolitan Life Insurance Company; Consolidated Edison Company of New York, Inc. Long Term Disability Plan; Consolidated Edison Company of New York, Inc. Group Life Insurance Plan; and Consolidated Edison Company of New York, Inc. Health Care Benefits Plan*
     *Civil Action Number 07-CV-3211*

Dear Sir or Madam:

  Enclosed for filing, please find the original affidavit of service evidencing service of the Summons and Complaint upon defendant, Metropolitan Life Insurance Company, in connection with the above-referenced matter. Please be advised that we have previously filed the original Summons, and four (4) affidavits of service evidencing service of same on the four (4) Con Ed defendants under separate cover.

  Kindly acknowledge receipt and filing of same on the self-addressed, postage paid postcard we have enclosed for this purpose.

  Should you have any questions, please feel free to contact this office.

           Very truly yours,
           BINDER & BINDER, P.C.

By: _____
          Patrick Busse, Esq.

PHB/djw
Enclosures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

George Jones, Jr.,

           Plaintiff,

- against -

Consolidated Edison Company of New York, Inc.;
Metropolitan Life Insurance Company; Consolidated
Edison Company of New York, Inc. Long Term Disability
Plan; Consolidated Edison Company of New York, Inc.
Group Life Insurance Plan; and Consolidated Edison
Company of New York, Inc. Health Care Benefits Plan

           Defendants.
------------------------------------------------------------X

Index No.:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            ) ss.:   7004 2510 0005 3509 9822
COUNTY OF SUFFOLK  )

DEBORAH WASHINGTON, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Brentwood, New York.

2. On April 27, 2007, I served the within Summons and Complaint upon defendant, Metropolitan Life Insurance Company, by mailing two (2) copies via Certified Mail, Return Receipt Requested, to the address set forth after each name below,

                N.Y.S. Insurance Department
                ATTN: Office of General Counsel
                25 Beaver Street
                4th Floor
                New York, New York 10004

                _____
                DEBORAH J. WASHINGTON

Sworn to before me this
27th day of April, 2007.

_____
Notary Public

PATRICK BUSSE
NOTARY PUBLIC, State of New York
No. 02BU5074762
Qualified in Nassau County
Commission Expires March 24, 20 11

# STATE OF NEW YORK
## INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

---

George Jones, Jr.                                                                                          07 CV 3211

              against                          Plaintiff(s)

Consolidated Edison Company of New York, Inc., etc., and
Metropolitan Life Insurance Company        Defendant(s)

---

RE : Metropolitan Life Insurance Company

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on May 4, 2007 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Binder & Binder, P.C.
    300 Rabro Drive, Suite 101
    Hauppauge, New York 11788

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

    CT Corporation
    Metropolitan Life Insurance Company
    111 Eighth Avenue
    New York, New York 10011

*Salvatore Castiglione* (signature)

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, May 07, 2007
412571       C.A.#184951