UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEORGE JONES, JR.

                Plaintiff,                             07 CV 3211 (PKC)(DFE)

    -against-                                        **APPEARANCE**

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.; METROPOLITAN LIFE INSURANCE
COMPANY; CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC. LONG TERM DISABILITY
PLAN; CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC. GROUP LIFE INSURANCE PLAN;
and CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC. HEALH CARE BENEFITS PROGRAM,

                Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendants Consolidated Edison Company of New York, Inc., Consolidated Edison Company of New York, Inc. Long Term Disability Plan, Consolidated Edison Company of New York, Inc. Group Life Insurance Plan, and Consolidated Edison Company of New York, Inc. Health Care Benefits Program (collectively "Con Edison Defendants").

I certify that I am admitted to practice in this Court.

Dated: New York, New York
        May 21, 2007

                                                   PAUL LIMMIATIS (PL 5521)
                                                   Attorney for Con Edison Defendants
                                                   Consolidated Edison Company of
                                                     New York, Inc.
                                                   4 Irving Place, Room 1815-S
                                                   New York, NY 10003
                                                   Telephone: (212) 460-2571
                                                   Facsimile:  (212) 677-5850