UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GEORGE JONES, JR.

               Plaintiff,

      -against-

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.; METROPOLITAN LIFE INSURANCE
COMPANY; CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC. LONG TERM DISABILITY
PLAN; CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC. GROUP LIFE INSURANCE PLAN;
and CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC. HEALH CARE BENEFITS PROGRAM,

               Defendants.
-------------------------------------------------------------------X

07 CV 3211 (PKC)(DFE)

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the

time for Defendants Metropolitan Life Insurance Company and Defendants Consolidated Edison

Company of New York, Inc., Consolidated Edison Company of New York, Inc. Long Term

Disability Plan, Consolidated Edison Company of New York, Inc. Group Life Insurance Plan,

and Consolidated Edison Company of New York, Inc. Health Care Benefits Program

(collectively "Con Edison Defendants"), to answer or move with respect to the Complaint is

extended to and including June 20, 2007; and, that the Con Edison Defendants waive

insufficiency of service of process as a defense to Plaintiff's action.

Dated: New York, New York
　　　May 21, 2007


　s/ Stephane Montas　　　　　　　　　　　　　　　s/ Paul Limmiatis
STEPHANE M. MONTAS (SMM 4859)　　　　PAUL LIMMIATIS (PL 5521)
PATRICK HENRY BUSSE　　　　　　　　　　MARY SCHUETTE
Binder & Binder, PC　　　　　　　　　　　　Consolidated Edison Company of New
Attorneys for Plaintiff　　　　　　　　　　　　　York, Inc.
3000 Rabro Drive　　　　　　　　　　　　　Attorneys for Con Edison Defendants
Suite 101　　　　　　　　　　　　　　　　　4 Irving Place, Room 1815-S
New York, NY 10007　　　　　　　　　　　New York, NY 10003
Telephone: (631) 582-1200　　　　　　　　Telephone: (212) 460-2571
Facsimile:  (631) 582-1228　　　　　　　　Facsimile:  (212) 677-5850