# MEMO ENDORSED

**conEdison**
a conEdison, Inc. company

Law Department
Paul Limmiatis
Senior Staff Attorney
(212) 460-2571
limmlatisp@coned.com

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/07

Consolidated Edison Company
of New York, Inc.
4 Irving Place
New York, NY 10003-0987
www.conEd.com

*[handwritten: Application Adjourned granted - from June 1 to July 13, 2007 at 12:30 p.m. SO ORDERED. USDJ 5-30-07]*

May 30, 2007

**VIA FACSIMILE (212-805-7949)**
Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York 10007

Re: <u>Jones v. Con Edison, et al.</u>, Case No. 07-CV-3211 (PKC)

Dear Judge Castel:

The Con Edison Defendants in the above-referenced case respectfully request an adjournment of the initial pretrial conference scheduled for this Friday, June 1, 2007, at 12:00 p.m. Plaintiff and the Con Edison Defendants have filed a Stipulation extending until June 20 the time of all defendants to answer or move with respect to the Complaint. Accordingly, the parties will be better prepared to address their respective claims and defenses, contemplated motions, and prospects for settlement, and to submit a proposed Case Management Plan, after defendants have filed their responsive pleadings.

Counsel for Defendant Metropolitan Life Insurance Company, Allan Marcus, Esq., consents to the requested adjournment. Plaintiff's counsel, Stephane M. Montas, has declined to consent, but has not submitted to the undersigned any proposed Case Management Plan or joint letter as described in the Court's Order of April 26, 2007, which was not served on the Con Edison Defendants. Consequently, we respectfully suggest that going forward with the conference on June 1 would be a waste of time and judicial resources.

Thank you for your attention to this request.

Respectfully submitted,

Paul Limmiatis (PL 5521)

cc:    Stephane M. Montas, Esq. (via fax, 631-582-1228)
       Allan Marcus, Esq. (via fax, 212-267-5916)