LSK&D #: 564-7010 / 890829
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GEORGE JONES, JR.,

                              Plaintiff,

         -against-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC., METROPOLITAN LIFE
INSURANCE COMPANY, CONSOLIDATED
EDISON COMPANY OF NEW YORK, INC.
LONG TERM DISABILITY PLAN,
CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC. GROUP LIFE INSURANCE
PLAN and CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC. HEALTH
CARE BENEFITS PROGRAM,

                             Defendants.
------------------------------------------------------------------x

No. 07 CV 03211 (PKC)

DEFENDANT METLIFE'S
RULE 7.1 DISCLOSURE
STATEMENT

      Defendant Metropolitan Life Insurance Company ("MetLife"), pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

      MetLife is wholly owned by its publicly-held corporate parent MetLife, Inc.

Dated:     New York, New York
             June 20, 2007

                             Respectfully submitted,

                             LESTER SCHWAB KATZ & DWYER, LLP

                             _____
                             Allan M. Marcus (AM-9027)
                             120 Broadway
                             New York, New York 10271
                             (212) 964-6611
                             Attorneys for Defendant
                             Metropolitan Life Insurance Company