UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GEORGE JONES, JR.,                            :
                                              :
              Plaintiff,          :    07 CV 3211 (PKC)(DFE)
                                              :
   -against-                                 :    **RULE 7.1 DISCLOSURE**
                                              :    **STATEMENT**
CONSOLIDATED EDISON COMPANY OF NEW             :
YORK, INC.; METROPOLITAN LIFE INSURANCE        :
COMPANY; CONSOLIDATED EDISON COMPANY           :
OF NEW YORK, INC. LONG TERM DISABILITY         :
PLAN; CONSOLIDATED EDISON COMPANY OF           :
NEW YORK, INC. GROUP LIFE INSURANCE PLAN;      :
and CONSOLIDATED EDISON COMPANY OF NEW         :
YORK, INC. HEALH CARE BENEFITS PROGRAM,        :
                                              :
             Defendants.         :
---------------------------------------------------------------X

      Defendant Consolidated Edison Company of New York, Inc. ("Con Edison"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosure:

      Con Edison is wholly owned by its publicly-held corporate parent, Consolidated Edison, Inc.

Dated: June 20, 2007
New York, New York

                              MARY SCHUETTE (MS 4752)
                              Attorney for the Con Edison Defendants
                              4 Irving Place, Rm. 1815-S
                              New York, New York 10003
                              (212) 460-2496

                              By:  Paul Limmiatis (PL 5521)
                                   (212) 460-2571
                                   Barbara Jane Carey (BC 6895)
                                   (212) 460-1122
                                   Sharon Goldzweig (SG 3609)
                                   (212) 460-3196