```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GEORGE JONES, JR.,
                        Plaintiff,
        -against-                                              07 Civ. 3211(PKC)

                                                                ORDER
CON EDISON, et al.,
                        Defendants.
-----------------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

P. KEVIN CASTEL, District Judge:

        I have Mr. Limmiatis letter of November 16—received today-- asserting that plaintiff has failed to respond to discovery requests first served last August; extensions of time to respond reportedly expired on October 26. Patrick Busse, who signed the complaint in this action and is counsel of record, is ordered to telephone Mr. Limmiatis no later than November 27 at noon to arrange a face-to-face, meet and confer session for no less than one hour in a good faith attempt to resolve or narrow the outstanding discovery disputes. Mr. Busse is to fax a letter to Chambers confirming that he has arranged such a meeting.

        Thereafter, if the disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") no later than December 5, 2007 (1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues; and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a formal motion and briefing.

        If Mr. Busse fails to telephone by noon on November 27, 2007 to arrange the

face-to-face conference, then I will entertain an application for appropriate relief under Rule 37, Fed. R. Civ. P.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 20, 2007