

**Law Department**

Paul Limmiatis
Senior Attorney
(212) 460-2571
limmiatisp@coned.com

Consolidated Edison Company
of New York, Inc.
4 Irving Place
New York, NY 10003-0987
www.conEd.com

November 27, 2007

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07
```

<u>VIA FACSIMILE (212-805-7949)</u>
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>Jones v. Con Edison</u>, et al., Case No. 07-CV-3211 (PKC)

Dear Judge Castel:

Regarding Your Honor's Order of November 20, 2007, instructing the Plaintiff's counsel of record, Patrick Busse, to contact me by telephone no later than noon today to arrange a meeting to address outstanding discovery disputes, please be advised that Mr. Busse has not telephoned me as of noon today. Accordingly, the Con Edison defendants request permission to file a motion to compel and for sanctions under Fed. R. Civ. P. 37.

Thank you for your consideration of this request.

Respectfully submitted,

Paul Limmiatis (PL 5521)

cc:   Stéphane M. Montas, Esq. (via fax, 631-582-1228)
      Allan M. Marcus, Esq. (via fax, 212-267-5916)

*Application granted.
File motion.
SO ORDERED.
[signature]
USDJ
11-27-07*