UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GEORGE JONES, JR.

                Plaintiff,

– against –

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.; METROPOLITAN LIFE INSURANCE
COMPANY; CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC. LONG TERM DISABILITY
PLAN; CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC. GROUP LIFE INSURANCE PLAN;
and CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC. HEALTH CARE BENEFITS PROGRAM,

                Defendants.
-----------------------------------------------------------X

**Civil Action No.:**
07-CV-3211 (PKC)(DFE)

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Binder & Binder, PC, through the undersigned, **Stéphane M. Montas, Esq.**, enters its appearance as counsel for Plaintiff, **George Jones Jr.**, in this action.

I certify that I am admitted to practice in this Court.

Dated: November 27, 2007
       Hauppauge, NY

                                          BINDER & BINDER, PC

                                          By: _____
                                          Stéphane M. Montas, Esq. (SMM 4859)
                                          Attorneys for Plaintiff
                                          300 Rabro Drive
                                          Suite 101
                                          Hauppauge, New York 11788
                                          Telephone: (631) 582-1200
                                          Facsimile: (631) 582-1228
                                          smontas@binderandbinder.com
                                          information@binderandbinder.com