# MEMO ENDORSED

December 20, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

**VIA FACSIMILE (212-805-7949)**
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Jones v. Con Edison, et al., Case No. 07-CV-3211 (PKC)

Dear Judge Castel:

Counsel have conferred regarding discovery issues, and submit this joint letter in accordance with the Court's Orders of November 20 and 30, 2007.

Plaintiff's counsel has located Plaintiff and secured his execution of authorizations for the release of medical and other records necessary for discovery, and the authorizations have been received by the Con Edison defendants ("Con Edison"). However, as previously reported to the Court, Plaintiff's medical condition appears to impair his ability to contribute actively toward the expeditious prosecution of his action. Accordingly, Con Edison's counsel agrees to allow Plaintiff until February 15, 2008, to serve responses to Con Edison's first set of interrogatories and requests for production of documents, conditioned upon extension of all discovery deadlines by ninety days.

Counsel respectfully request extension of the discovery deadlines from February 11, 2008 to May 12, 2008 for fact discovery, and from April 30, 2008 to July 29, 2008 for expert discovery.

Thank you for your consideration of this request.

Respectfully submitted,

_s/ Stephane M. Montas_
STEPHANE M. MONTAS (SMM 4859)
Attorney for Plaintiff
300 Rabro Drive, Suite 101
Hauppauge, NY 11788
Telephone: (631) 582-1200
Facsimile: (631) 582-1228

_s/ Allan M. Marcus_
ALLAN M. MARCUS (AM 9027)
Attorney for Defendant MetLife
120 Broadway
New York, New York 10271
Telephone: (212) 964-6611
Facsimile: (212) 267-5916

_s/ Paul Limmiatis_
PAUL LIMMIATIS (PL 5521)
Attorney for Con Edison Defendants
4 Irving Place, Room 1815-S
New York, NY 10003
Telephone: (212) 460-2571
Facsimile: (212) 677-5850

Joint application granted.
Next conference is
May 30, 2008 at 2:30 p.m.
SO ORDERED / USDJ
12-21-07