UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GEORGE JONES, JR.                          :
                                            :
                                            :
                        Plaintiff(s),       :
                                            :
        - against -                         :
                                            :
CONSOLIDATED EDISON, ET AL,                 :
                                            :
                                            :
                        Defendant(s).       :
                                            :
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

07 Civ. 3211 (PKC)

REVISED CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to
   SEPTEMBER 30, 2008

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to
   NOVEMBER 28, 2008

3. Other directions to the parties:   N/A

4. The next Case Management Conference [the Final Pretrial Conference] will be held on
   October 17 at 10:30 am/~~pm~~. ~~Any conference scheduled for a date prior thereto is adjourned.~~ May 30 Conference date is vacated

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

_____
P. Kevin Castel
United States District Judge

Dated:   New York, New York
         May 12, 2008